OSCN Found Document:NOTIFICATION OF NEW FORM FOR PURPOSES OF INITIAL BAIL

 

 
 NOTIFICATION OF NEW FORM FOR PURPOSES OF INITIAL BAIL
2025 OK CR 18
Case Number: CCAD-2025-3
Decided: 10/14/2025
THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
Cite as: 2025 OK CR 18, __ P.3d __

 

IN RE: NOTIFICATION OF NEW FORM
COURT'S FINDINGS FOR PURPOSES OF INITIAL BAIL DETERMINATION

ORDER ANNOUNCING NEW FORM FOR INITIAL
BAIL DETERMINATION

¶1 On September 24, 2025, a uniform document was submitted to the Oklahoma Court of Criminal Appeals for consideration for use by district court judges in support of the initial determination of bail. The Court has reviewed the document entitled Court's Findings for Purposes of Initial Bail Determination and approves the discretionary use of the form by state district court judges as a form, checklist, or guide, and further issues this administrative directive for purposes of providing notice of the availability of said form.

¶2 IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the form entitled Court's Findings for Purposes of Initial Bail Determination is a preformatted template available to Oklahoma judges for use or as guidance when determining bail in a case. The Court's Findings for Purposes of Initial Bail Determination is not required to be filed of record in district court cases. The preformatted form shall be available for access via the internet from this Court's website under the menu for "Court Resources" on okcca.net.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 14th day of October, 2025.

/S/________________________________________________
GARY L. LUMPKIN, Presiding Judge

/S/______________________________________________
WILLIAM J. MUSSEMAN, Vice Presiding Judge

/S/________________________________________________
DAVID B. LEWIS, Judge

/S/________________________________________________
ROBERT L. HUDSON, Judge

/S/______________________________________________
SCOTT ROWLAND, Judge

ATTEST:

/S/______________________
Clerk

 

 
 
 
 IN THE DISTRICT COURT OF _______________ COUNTY
 STATE OF OKLAHOMA

 STATE OF OKLAHOMA,                                                             )               Case No(s): _______________________________
                 Plaintiff,                                                                           )
                                                                                                          )                                 
 __________________________________________                     )
 v.                                                                                                      )
                                                                                                          )                             
 __________________________________________                     )
                 Defendant.                                                                       )               
  

 COURT'S FINDINGS FOR PURPOSES OF INITIAL BAIL DETERMINATION

 NOW, on this _____ day of _______________, 20____, the above styled and numbered matter(s) comes on for Initial Bail Determination.      

 The Court has reviewed the following:   PC Affidavit   Criminal History   Testimony of Witness(es)  Financial Affidavit
   Other:______________________________________________________________________________________________

  

 The Court considered and found (only check box if factor found to exists):

 
 
 
 
  Serious offense (violent offense, serious drug offense)
 
 
  Threat to self or others/safety risk
 
 
 
 
  Apparent likelihood of conviction
 
 
  Mental Health history/Physical Disability
 
 
 
 
  Resident of Canadian County      (length)
 
 
  Ties to the community
 
 
 
 
  Currently on probation or has cases pending
 
 
  Risk of Failure to Appear/Has FTAs
 
 
 
 
  Likely to reoffend (criminal/bail history)
 
 
  History of Drug Use
 
 
 
 
  Currently out on bond   
 
 
  Employed FT or PT
 
 
 
 
  Is unemployed.
 
 
  Has financial resources available to post bond imposed                
 
 
 
 
  Receives public benefits
 
 
  Does not have financial resources available to post bond imposed
 
 
 
 
  Receives disability benefit
 
 
  Is ineligible for a personal recognizance bond because of the
 
 
 
 
  Availability of resources is unknown at time of hearing
 
 
      offense for which he/she was arrested.
 
 
 
 
  Other:______________________________________________________________________________________________
 
 
 
 

 The Court FINDS the Arrestee:  does not present a flight risk, or   does present a flight risk AND 
                                  the Arrestee: does not present a safety risk, or  does present a safety risk.
  

  Order of Release on Personal Recognizance.  Based upon the flight risk and/or safety risk found above, the Court finds release on personal recognizance is authorized and granted. The arrestee shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law. 

  Order Imposing Secured Bond. Based upon the flight risk and/or safety risk found above, the Court finds that the amount of secured bond ordered below is necessary and that non-monetary conditions alone will not reasonably ensure the arrestees appearance and/or the communitys safety. The arrestee shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.  To address the specified risk(s), the Court imposes bond for:

 ______________________________- $____________             _____________________________- $__________
                       (Offense)                                                                                                         (Offense)

 ______________________________- $____________             _____________________________- $__________
                       (Offense)                                                                                                         (Offense)
 
 ______________________________- $____________             _____________________________- $__________
                       (Offense)                                                                                                         (Offense)

 ______________________________- $____________             _____________________________- $__________
                       (Offense)                                                                                                         (Offense)

 __________________________________________________________________________________________________ 

  

 
 
 
 
  Additional Conditions of Release Ordered:     
 
 
  No Contact Order with ______________________________
 
 
 
 
  
 
 
  GPS to be monitored by DOC (Aggravated trafficking 63 OS 2-420(A))  
 
 
 
 
  
 
 
  Other: ____________________________________________
 
 
 
 

  

  

                                                                                                                    ______________________________________________   
    JUDGE OF THE DISTRICT COURT